IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JANET O'PRY,

       Plaintiff,

vs.                                     CASE NO.: 5:05cv69-SPM/AK

JACKSON COUNTY BOARD OF
COUNTY COMMISSIONERS,
JACKSON COUNTY, FLORIDA.,

       Defendant.

_____/

## ORDER OF DISMISSAL

Pursuant to the Amended Mediator's Report (doc.19) and Northern District of Florida Local Rule 16.2(D), it is

ORDERED AND ADJUDGED:

1.     This case is dismissed with prejudice.

2.     The Court retains jurisdiction for a period of 60 days, during which time any party may move to reopen for good cause shown.

DONE AND ORDERED this 12th day of September, 2005.

_s/ Stephan P. Mickle_____

Stephan P. Mickle
United States District Judge